STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

**REHEARING ACTION: June 2, 2010**

**Docket Number: 09   01342-WCA**

**GWENDOLYN ROCHESTER
VERSUS
SOUTHWEST DEVELOPMENTAL CENTER**

**Appealed from Office of Workers' Compensation - # 4 Case No. 06-04823**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. Marc T. Amy
> Hon. Elizabeth A. Pickett
> Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gwendolyn Rochester** has this day been

> **DENIED.**

cc: Sylvia M. Fordice, Counsel for the Appellee